**FILED**

NOV 18 2009

Clerk, U.S. District and Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kedist Hirpassa, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. Postal Service, )<br>)<br>Defendant. ) | Civil Action No. 09 2179 |

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint, which is accompanied by an application to proceed *in forma pauperis*. The Court will grant the application and will dismiss the case for lack of subject matter jurisdiction, as required by Rule 12(h)(3) of the Federal Rules of Civil Procedure.

Plaintiff sues the United States Postal Service for failing to deliver her bank statements to her "postal box." Compl. The Court lacks subject matter jurisdiction over a "claim arising out of loss, miscarriage, or negligent transmission of letters or postal matter." 28 U.S.C. § 2680(b). The complaint therefore is dismissed. A separate Order accompanies this Memorandum Opinion.

United States District Judge

Date: October 26, 2009